# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **MICHAEL ANTHONY GOODLOE, JR.,** | § § § | |
| **Plaintiff,** | § § | **Civ. No. 4:22-cv-9-SDJ-KPJ** |
| v. | § § | |
| **OFFICE OF THE ATTORNEY GENERAL AGENTS AND PRINCIPLE,** | § § § § | |
| **Defendant.** | § | |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On January 3, 2022, Plaintiff Michael Anthony Goodloe, Jr. ("Plaintiff") filed this *pro se* action against the "Office of the Attorney General Agents + Principle." *See* Dkt. 3. Plaintiff also filed an Application to Proceed in District Court Without Prepaying Fees or Costs (the "IFP Motion"). *See* Dkt. 4. Upon review of Plaintiff's complaint, the Court was unable to discern who Plaintiff wished to sue. The Court therefore ordered Plaintiff to file an amended complaint to "clarify the Defendant(s), the claim(s) asserted and the factual basis for any claim" before the Court would rule on Plaintiff's IFP motion. *See* Dkt. 8 at 2. Plaintiff was ordered to file an amended complaint no later than April 29, 2022. *Id.*

The Court's Order (Dkt. 8) directing Plaintiff to file an amended complaint was mailed to Plaintiff's address of record, but was not delivered because there was no authorized individual available at Plaintiff's residence at the time delivery was attempted. A notice was left at Plaintiff's residence regarding the attempted delivery. More than thirty days elapsed, and Plaintiff did not collect the Order (Dkt. 8). Therefore, on May 25, 2022, the Court entered a second Order (Dkt. 9) directing Plaintiff to file an amended complaint no later than June 10, 2022. The Court further

1

advised Plaintiff that if he failed to comply with the Order (Dkt. 9), the Court would recommend that Plaintiff's claims be dismissed without prejudice for want of prosecution.

To date, Plaintiff has not filed an amended complaint or otherwise taken any action in this lawsuit. It is, therefore, recommended that Plaintiff's lawsuit be **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b).

Within fourteen (14) days after service of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C.A. § 636(b)(1)(C).

A party is entitled to a de novo review by the district court of the findings and conclusions contained in this report only if specific objections are made, and failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report shall bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 148 (1985); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), superseded by statute on other grounds, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

**So ORDERED and SIGNED this 21st day of June, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE